UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------X

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BANC OF AMERICA MERRILL LYNCH COMMERCIAL MORTGAGE INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-KX02, acting by and through its special servicer KeyBank N.A.,

Case No: 6:21-cv-6271

*Plaintiff*,

-against-

HOMESTATE ASSET MANAGEMENT, LLC, TYCO FIRE & SECURITY (US) MANAGEMENT, INC. D/B/A JOHNSON CONTROLS FIRE PROTECTION, THOMAS MASASCHI, and "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to the Plaintiff, the persons or parties, if any, having or claiming an interest in or lien upon the premises, described in the Complaint,

*Defendants*.

----------------------------------------X

## PLAINTIFF'S NOTICE OF DISMISSAL OF THE COMPLAINT

Plaintiff  U.S. Bank National Association, as Trustee for the Registered Holdings of Banc of America Merrill Lynch Commercial Mortgage Inc., Multifamily Mortgage Pass-Through Certificates, Series 2016-KX02, acting by and through its special servicer KeyBank N.A. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby dismisses all causes of action in the complaint against the defendants with prejudice.  None of the defendants have filed an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under Rule 41(a)(1) is therefore appropriate.

124333152v1

Dated: March 2, 2022

                        Respectfully submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Christina L. Shifton*
     Christina L. Shifton
     70 Linden Oaks, Suite 210
     Rochester, NY 14625
     Telephone: (585) 270-2100
     Facsimile: (585) 270-2179
     Email:  Christina.Shifton@troutman.com

     Joseph M. DeFazio *pro hac vice*
     TROUTMAN PEPPER HAMILTON SANDERS LLP
     875 Third Avenue
     New York, New York 10022
     Telephone: (212) 704-6000
     Facsimile: (212) 704-6288
     Email:  Joseph.DeFazio@troutman.com

*Attorneys for U.S. Bank National Association, as Trustee, for the benefit of the Holders of COMM 2013-CCRE11 Mortgage Trust Commercial Mortgage Pass-Through Certificates*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send automatic notification of such filing to all CM/ECF participants.

Dated: March 2, 2022

                                                    */s/ Christina L. Shifton*
                                                    Christina L. Shifton